1  LARA R. SHAPIRO (State Bar No. 227194)
2  4145 Via Marina # 324
3  Marina del Rey, CA 90292
   Telephone: (310) 577-0870
4  Facsimile: (424) 228-5351

5  *Of Counsel to*
6  Lemberg & Associates LLC
   A Connecticut Law Firm
7  1100 Summer Street
8  Stamford, CT 06905
   Telephone: (203) 653-2250
9  Facsimile: (203) 653-3424

10

11 Attorneys for Plaintiff,
   Michael MacBeane

12

13

14              UNITED STATES DISTRICT COURT

15              CENTRAL DISTRICT OF CALIFORNIA

16                    WESTERN DIVISION

17

| | |
|---|---|
| Michael MacBeane,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Portfolio Recovery Associates, L.L.C.; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:10-cv-03901-RGK -AJW<br><br>**NOTICE OF SETTLEMENT** |

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE that the parties in the above-entitled action have reached a settlement. The Plaintiff anticipates filing a dismissal with prejudice within thirty (30) days. |

DATED:  June 7, 2010                    LARA SHAPIRO

                                        By:  /s/  Lara R. Shapiro
                                        Lara R. Shapiro

                                        Attorney for Plaintiff
                                        Michael MacBeane