LARA R. SHAPIRO (State Bar No. 227194)
4145 Via Marina # 324
Marina del Rey, CA 90292
Telephone:  (310) 577-0870
Facsimile:  (424) 228-5351

*Of Counsel to*
Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT  06905
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiff,
Michael MacBeane

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Michael MacBeane,<br><br>            Plaintiff,<br><br>    vs.<br><br>Portfolio Recovery Associates, L.L.C.; and DOES 1-10, inclusive,<br><br>            Defendants. | Case No.: 2:10-cv-03901-RGK -AJW<br><br>**DISMISSAL** |

**1** NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
**2** DISMISSAL OF ACTION WITH PREJUDICE
**3** PURSUANT TO RULE 41(a)

**4**
**5** Plaintiff, Michael MacBeane, by his attorney, hereby withdraws his

**6** complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R.

**7** Civ. P. 41(a).

**8**
**9**
**10**
**11**
**12** DATED:  June 15, 2010                              LARA SHAPIRO
**13**
**14**
**15**                                                              By:  /s/  Lara R. Shapiro
                                                                    Lara R. Shapiro
**16**
**17**                                                              Attorney for Plaintiff
                                                                    Michael MacBeane
**18**
**19**
**20**
**21**
**22**
**23**
**24**
**25**
**26**
**27**
**28**